IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Bankruptcy No. 15-10531-ref |
|---|---|
| LOUIS CARDONA, | Chapter 13 |
| Debtor, | Doc. No. |

## ORDER OF COURT

**AND NOW**, upon consideration of the Motion to Restrict Access and Authorize Filing of Replacement Notice of Mortgage Payment Change under Proof of Claim 3 **(No. # 3-1)** filed by **Ditech Financial, LLC**;

**AND**, the Court concluding that the subject Notice of Mortgage Payment Change (including attachments) **(Claim No. 3-1)** fails to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1. This Motion is **GRANTED**.

2. The Clerk **SHALL PROHIBIT PUBLIC ACCESS** to **Notice of Mortgage Payment Change under Proof of Claim No. 3-1 on the Claims Register forthwith**.

**Ditech Financial, LLC** shall file redacted copies of the document(s) identified in Paragraph 2 above **on or before** Feb 17, 2017.

**Date: February 6, 2017**

BY THE COURT:

_____
Hon. Richard E. Fehling
U.S. Bankruptcy Court Judge