United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 15-10531-ref
Louis Cardona                                                               Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: dlv              Page 1 of 1           Date Rcvd: Feb 06, 2017
                             Form ID: pdf900         Total Noticed: 10


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 08, 2017.
db          +Louis Cardona,    4051 Mauch Chunk Rd,    Coplay, PA 18037-2104
smg         +Bureau of Audit and Enforcement,   City of Allentown,    435 Hamilton Street,
             Allentown, PA 18101-1603
smg          City Treasurer,   Eighth and Washington Streets,    Reading, PA  19601
smg         +Lehigh County Tax Claim Bureau,   17 South Seventh Street,    Allentown, PA 18101-2401
smg         +Tax Claim Bureau,   633 Court Street,   Second Floor,    Reading, PA 19601-4300
cr          +Ditech Financial LLC,   14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         +E-mail/Text: robertsl2@dnb.com Feb 07 2017 02:04:16     Dun & Bradstreet, INC,
             3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 07 2017 02:04:11
             Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 07 2017 02:04:20     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr          +E-mail/Text: bankruptcy.bnc@ditech.com Feb 07 2017 02:04:04     Ditech Financial LLC,
             1400 Turbine Drive Suite 200,   Rapid City, SD  57703,   US 57703-4719
                                                                                      TOTAL: 4


            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 6, 2017 at the address(es) listed below:
            FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
            JOSHUA ISAAC GOLDMAN    on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
             ecf_frpa@trustee13.com
            LYNN E. FELDMAN    on behalf of Debtor Louis  Cardona feldmanfiling@rcn.com
            PETER J. ASHCROFT    on behalf of Creditor   Ditech Financial LLC pashcroft@bernsteinlaw.com,
             pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtd
             rive.com
            THOMAS I. PULEO    on behalf of Creditor   Ditech Financial LLC tpuleo@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                      TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 15-10531-ref |
| LOUIS CARDONA, | Chapter 13 |
| Debtor, | Doc. No. |

## ORDER OF COURT

**AND NOW**, upon consideration of the Motion to Restrict Access and Authorize Filing of

Replacement Notice of Mortgage Payment Change under Proof of Claim 3 **(No. # 3-1)** filed by

**Ditech Financial, LLC**;

**AND**, the Court concluding that the subject Notice of Mortgage Payment Change

(including attachments) **(Claim No.  3-1)** fails to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1.     This Motion is **GRANTED**.

2.     The Clerk **SHALL PROHIBIT PUBLIC ACCESS** to **Notice of Mortgage**

**Payment Change under Proof of Claim No. 3-1 on the Claims Register forthwith**.

**Ditech Financial, LLC** shall  file redacted copies of the document(s) identified

in Paragraph 2 above **on or before** Feb 17, 2017.

BY THE COURT:

**Date: February 6, 2017**

_____
Hon. Richard E. Fehling
U.S. Bankruptcy Court Judge