United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                  Case No. 15-10531-ref
Louis Cardona                                                                           Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4        User: dlv            Page 1 of 1                Date Rcvd: Oct 10, 2018
                            Form ID: trc         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2018.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13531902      E-mail/Text: bankruptcy.bnc@ditech.com Oct 11 2018 03:33:30     Green Tree Servicing LLC,
        PO BOX 6154,   Rapid City, SD 57709-6154,   Telephone # 888-298-7785
                                                                                                                  TOTAL: 1

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                     TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2018                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2018 at the address(es) listed below:
        JOSHUA ISAAC GOLDMAN   on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        LISA MARIE CIOTTI   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
         ecf_frpa@trustee13.com
        LYNN E. FELDMAN   on behalf of Debtor Louis  Cardona feldmanfiling@rcn.com
        PETER J. ASHCROFT   on behalf of Creditor   Ditech Financial LLC pashcroft@bernsteinlaw.com,
         ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
        SARAH K. MCCAFFERY   on behalf of Creditor   LSF10 Master Participation Trust c/o Caliber Home
         Loans, Inc. smccaffery@squirelaw.com
        THOMAS I. PULEO   on behalf of Creditor   Ditech Financial LLC tpuleo@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM  MILLER*R   ecfemail@FredReigleCh13.com,  ECF_FRPA@Trustee13.com
                                                                                                                                         TOTAL: 8

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 15-10531-ref
Chapter 13

In re: Debtor(s) (including Name and Address)

Louis Cardona
4051 Mauch Chunk Rd
Coplay PA 18037

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/09/2018.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 3: Green Tree Servicing LLC, PO BOX 6154, Rapid City, SD 57709-6154, Telephone # 888-298-7785 | LSF10 Master Participation Trust c/o Caliber Home<br>13801 Wireless Way<br>Oklahoma City, OK  73134 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    10/12/18

Tim McGrath
**CLERK OF THE COURT**