THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Reading)

| | | |
|---|---|---|
| IN RE: | : | BK. No. 15-10531-ref |
| **LOUIS CARDONA** | : | |
| Debtor | : | Chapter No. 13 |
| | : | |
| **LSF10 MASTER PARTICIPATION TRUST** | : | |
| Movant | : | |
| v. | : | |
| **LOUIS CARDONA** | : | 11 U.S.C. §362 & §1301 |
| **KIRSTEN L. CARDONA (Co-Debtor)** | : | |
| Respondents | : | |
| | : | |
| | : | |

**ORDER GRANTING RELIEF FROM THE STAY IN ORDER TO PROCEED WITH LOAN MODIFICATION**

    **AND NOW**, this _____ day of _____, 2019, at **READING**, upon Motion of **LSF10 MASTER PARTICIPATION TRUST** (Movant), it is:

    **ORDERED**, that approval and recording (if applicable) of the loan modification shall in no way constitute a violation of the automatic stay or co-debtor stay; and it is further;

    **ORDERED** that Rule 4001(a)(3) is not applicable and **LSF10 MASTER PARTICIPATION TRUST** may immediately enforce and implement this Order granting Relief from the Automatic Stay and Co-Debtor Stay for the limited purpose of recording and completing the loan modification.

**Date: May 3, 2019**

_____
RICHARD E. FEHLING, Bankruptcy Judge

SCOTT WATERMAN, ESQUIRE
(TRUSTEE)
CHAPTER 13 TRUSTEE
2901 ST. LAWRENCE AVE.
SUITE 100
READING, PA 19606

LYNN FELDMAN, ESQUIRE
FELDMAN LAW OFFICES
221 N. CEDAR CREST BOULEVARD
ALLENTOWN, PA 18104

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
833 CHESTNUT STREET
SUITE 500
PHILADELPHIA, PA 19107

LOUIS CARDONA
4051 MAUCH CHUNK RD
COPLAY, PA 18037

KIRSTEN L. CARDONA
4051 MAUCH CHUNK RD
COPLAY, PA 18037