IN THE UNITED STATES BANKRUPTCY COURT
OF THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

    LOUIS CARDONA    :    Bankruptcy No.15-10531-REF
    :
    :    Chapter 13
    Debtor    :

### ORDER ALLOWING ATTORNEY'S FEES AND EXPENSES

Upon the First Post Confirmation Application for Compensation of attorney for the debtor and supporting exhibits, the Court finds that the attorney's charges for professional services rendered and expenses incurred are reasonable; and it is therefore ORDERED:

1.    That Lynn E. Feldman be allowed:

$ __880.00__ for attorney's fees
$ ____0.00__ for expenses
$ __880.00__ TOTAL for fees AND expenses
LESS $ ____0.00__ credit for funds already received; equals
$ __880.00__ BALANCE DUE

ENTERED: __June 26, 2019__    _____
    J.

I ASK FOR THIS:

*/s/ Lynn E. Feldman, Esquire*
LYNN E. FELDMAN, ESQUIRE
FELDMAN LAW OFFICES, P.C.
221 N. Cedar Crest Blvd.
Allentown, PA 18104
(610) 530-9285
Attorney for Debtors