United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 15-10531-pmm
Louis Cardona                                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4         User: YvetteWD              Page 1 of 2              Date Rcvd: Apr 13, 2020
                             Form ID: 138NEW             Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2020.
```
db             +Louis Cardona,    4051 Mauch Chunk Rd,    Coplay, PA 18037-2104
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr             +Ditech Financial LLC,    1400 Turbine Drive Suite 200,    Rapid City, SD 57703,    US 57703-4719
cr             +Ditech Financial LLC,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
13462859        Apex Asset,    2501 Oregon Pike Ste 102,    Lancaster, PA 17601-4890
13462861        Blue Ridge Auto Center,    RR 248,    Cherryville, PA 18035
14458668       +CSMC 2019-RPL9 Trust,    Serviced by Select Portfolio Servicing,,    PO Box 65250,
                 Salt Lake City, UT 84165-0250
13462862        Cmi Credit Mediators,    PO Box 456,    Upper Darby, PA 19082-0456
13531902       ++GREENTREE SERVICING LLC,    BANKRUPTCY DEPARTMENT,    P O BOX 6154,    RAPID CITY SD 57709-6154
               (address filed with court: Green Tree Servicing LLC,    PO BOX 6154,    Rapid City, SD 57709-6154,
                 Telephone # 888-298-7785)
13462866       +I C Systems Collections,    444 Highway 96 East,    Saint Paul, MN 55127-2557
13462868        KML Law Group,    Ste 5000-BNY Mellon Independence Center,    701 Market St,
                 Philadelphia, PA 19106-1538
13462867        Kirsten Cardona,    2368 Jennie Ave,    Allentown, PA 18104-1029
14352154       +LSF10 MASTER PARTICIPATION TRUST,    CALIBER HOME LOANS, INC.,    13801 WIRELESS WAY,
                 OKLAHOMA CITY OK 73134-2500
14210353       +LSF10 Master Participation Trust c/o Caliber Home,    13801 Wireless Way,
                 Oklahoma City, OK 73134-2500
13462869       +Lehigh Valley Easy Pages,    7918 Main St., 3rd Floor, Box 247,    Fogelsville, PA 18051-6009
13462872       +PP&L,    827 Hausman Rd,    Allentown, PA 18104-9392
13462873        The CBE Group,    PO Box 2635,    Waterloo, IA 50704-2635
13462874       +Torres Credit Serv,    27 Fairview St Ste 301,    Carlisle, PA 17015-3200
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 14 2020 03:50:37
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 14 2020 03:50:55     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: jennifer.chacon@spservicing.com Apr 14 2020 03:51:27
                 SELECT PORTFOLIO SERVICING, INC.,    PO Box 65250,    Salt Lake City, UT 84165-0250
13470559        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 14 2020 03:56:22
                 American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                 Oklahoma City, OK 73124-8848
13462860        E-mail/Text: EBN_Greensburg@Receivemorermp.com Apr 14 2020 03:51:27
                 Berks Credit & Collection,    PO Box 329,    Temple, PA 19560-0329
13462863        E-mail/Text: convergent@ebn.phinsolutions.com Apr 14 2020 03:50:54     Covergent Outsourcing,
                 PO Box 9004,    Renton, WA 98057-9004
13462864       +E-mail/Text: bankruptcy_notifications@ccsusa.com Apr 14 2020 03:51:25
                 Credit Collection Services,    2 Wells Ave,    Newton Center, MA 02459-3246
13462865        E-mail/PDF: gecsedi@recoverycorp.com Apr 14 2020 03:56:00     Green Tree Servicing,
                 Attn: Claims,    PO Box 6158,    Rapid City, SD 57709-6158
13462870        E-mail/Text: bankruptcydpt@mcmcg.com Apr 14 2020 03:50:45     Midland Funding LLC,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13462871        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 14 2020 03:56:18
                 Portfolio Recovery Assoc.,    120 Corporate Blvd,    Norfolk, VA 23502-4952
                                                                                               TOTAL: 10
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +LSF10 Master Participation Trust c/o Caliber Home,    13801 Wireless Way,
                 Oklahoma City, OK 73134-2500
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-4          User: YvetteWD              Page 2 of 2                   Date Rcvd: Apr 13, 2020
                              Form ID: 138NEW             Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2020                                                              Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 13, 2020 at the address(es) listed below:
              ANDREW M. LUBIN    on behalf of Creditor    CSMC 2019-RPL9 Trust alubin@milsteadlaw.com,
               bkecf@milsteadlaw.com
              JEROME B. BLANK    on behalf of Creditor    LSF10 MASTER PARTICIPATION TRUST paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              LYNN E. FELDMAN    on behalf of Debtor Louis  Cardona feldmanfiling@rcn.com
              MARIO J. HANYON    on behalf of Creditor    LSF10 MASTER PARTICIPATION TRUST paeb@fedphe.com
              PETER J. ASHCROFT    on behalf of Creditor    Ditech Financial LLC pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              SARAH K. MCCAFFERY    on behalf of Creditor    LSF10 Master Participation Trust c/o Caliber Home
               Loans, Inc. sarah.mccaffery@powerskirn.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              THOMAS I. PULEO    on behalf of Creditor    Ditech Financial LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 11
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Louis Cardona
        Debtor(s)                                            Bankruptcy No: 15−10531−pmm
                                                                                   Chapter: 13

_____

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                United States Bankruptcy Court
                Office of the Clerk, Gateway Building
                201 Penn Street, 1st Floor
                Reading, PA 19601

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                        For The Court
                                                           Timothy B. McGrath
                                                           Clerk of Court

Dated: 4/13/20

                                                                                         58 − 57
                                                                    Form 138_new